# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**FILED**

July 29, 2016

Lyle W. Cayce
Clerk

————

No. 13-30262

————

BELLE COMPANY, L.L.C.; KENT RECYCLING SERVICES, L.L.C.,

Plaintiffs - Appellants

v.

UNITED STATES ARMY CORPS OF ENGINEERS,

Defendant - Appellee

————

Appeal from the United States District Court
for the Middle District of Louisiana
USDC No. 3:12-CV-247

————

ON REMAND FROM THE SUPREME COURT OF THE UNITED STATES

Before REAVLEY, DAVIS, and HIGGINSON, Circuit Judges.

PER CURIAM:*

This case returns to us on remand from the Supreme Court, No. 14-493, *Kent Recycling Services, LLC v. United States Army Corps of Engineers*. The Supreme Court vacated our affirmance of the district court's dismissal of the claims before it for lack of subject-matter jurisdiction and remanded this case

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 13-30262

to us for further proceedings consistent with the Court's opinion in *Army Corps of Engineers v. Hawkes Co.*, 578 U. S. ___ (2016). Accordingly, we VACATE the district court's dismissal and REMAND this case to the district court for the Middle District of Louisiana for further proceedings consistent with the opinion of the Supreme Court.